Case 5:16-cv-00187-LSC-JEO   Document 1   Filed 02/01/16   Page 1 of 5

CV-16-CO-0187-NE

FILED
2016 Feb-01  PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2016 FEB -1  A 11: 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number:

Christopher Taylor AIS# 291115

(Enter above the full name of the plaintiff in this action)

vs.

Valencia Lockhart

Nurse Graves

Doctor Raming

Nurse Baker

(Enter above full name(s) of the defendant(s) in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )    No (✓)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: N/A

         Defendant(s): N/A

2

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Lime Stone Correctional Facility

   A. Is there a prisoner grievance procedure in this institution? Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? N/A

      2. What was the result? N/A

   D. If your answer is NO, explain why not: Because Every Time I Asked For A Grievance Form the nurses would state They Do not have any. But They were saying that Because I had wrote A Grievance on them about Allowing officers To Bring my medication months before.

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) ChRisTopheR Taylor AIS# 291115

Address 28779 NICK Davis RD
HARVEST, Al, 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant DR. RAMIng

Is employed as A DocToR

at KILbY CoRRecTIonaL FaciLiTy

C. Additional Defendants LPN GRAVES, MS. BAKER, VALencia, LockhaRT ~~[struck out]~~, ~~[struck out]~~, ~~[struck out]~~, ~~[struck out]~~, ~~[struck out]~~, ~~[struck out]~~, ~~[struck out]~~

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I weNT To A Sick CALL Because I was having PaIn In my LEFT TESTICLE A LPN BaKER was Suppose To Put me In FoR A SonogRAm because the medicine ~~[struck]~~ She gave me DId not help well I filleD out AGAIN And was Seen by DocToR RAming he STayED Nothing was wRong Well I was TRansferred To Another PaiSon and filleD out Sick Call And DR. HooPeR Gave me medicine because I haD ~~[struck out]~~

4

A serious infection which had grew over the months ~~one~~ because of the lack of treatment by the nursing ~~\[illegible\]~~ staff at Kilby. I had to suffer months of pain.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want to sue Kilby for ~~\[illegible\]~~ 15,000 dollars for pain & suffering due to lack of medical treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~\[illegible\]~~ 12-10-15.

Christopher Taylor
SIGNATURE

ADDRESS Lime Stone Correltional Facility
28779 Nick Davis Rd.
Harvest, Al. 35749
AIS # 291115

Christopher Taylor
AIS# 291115  Bed# D-51
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, Al. 35749

**SECURITY**
FEB 01 2016

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



LEGAL MAIL

Clerk of the United States District Court
Northen District of Alabama  Room 140
Hugo L. Black U.S. Courthouse
1729 5th Ave North
Birmingham, Al. 35203-2195